UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 4:16-CV-281-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| KUMAR'S PERSONAL PROPERTY, | ) | |
| SPECIFICALLY, THIRTY-SIX (36) | ) | |
| ASSORTED FIREARMS DESCRIBED | ) | |
| AS FOLLOWS: | ) | |
| | ) | |
| (1) A CN ROMARM RIFLE, SA/CUGIR, | ) | |
| WASR-10, SERIAL NUMBER | ) | |
| 1-32698.2002; | ) | |
| (2) AN FN HERSTAL PISTOL, | ) | |
| SERIAL NUMBER 386278943; | ) | |
| (3) A SMITH & WESSON PISTOL, | ) | |
| SERIAL NUMBER CXS2604; | ) | ORDER TO STAY |
| (4) A DESERT EAGLE PISTOL, | ) | |
| SERIAL NUMBER 31302695; | ) | |
| (5) A MOSSBERG 590 SHOTGUN, | ) | |
| SERIAL NUMBER U939206; | ) | |
| (6) A REMINGTON 870 SHOTGUN, | ) | |
| SERIAL NUMBER RS77539N; | ) | |
| (7) A MOSSBERG M590DA | ) | |
| SHOTGUN, SERIAL NUMBER DA001615; | ) | |
| (8) A MOSSBERG 500 SHOTGUN, | ) | |
| SERIAL NUMBER U929486; | ) | |
| (9) A MOSSBERG 500 SHOTGUN, | ) | |
| SERIAL NUMBER V0049209; | ) | |
| (10) A CATAMOUNT FURY II | ) | |
| SHOTGUN, SERIAL NUMBER | ) | |
| CAT2-002722; | ) | |
| (11) A HECKLER AND KOCH PISTOL, | ) | |
| SERIAL NUMBER 25-019469 | ) | |
| (12) A SMITH & WESSON GOVERNOR | ) | |
| REVOLVER, SERIAL NUMBER | ) | |
| CUJ-7071; | ) | |
| (13) A RUGER SUPER REDHAWK | ) | |
| ALASKAN REVOLVER, SERIAL | ) | |
| NUMBER 530-38005; | ) | |
| (14) A CHARTER ARMS BULLDOG | ) | |

REVOLVER, SERIAL NUMBER 13-18910;                                         )
15) A MOSSBERG 500 SHOTGUN,       )
SERIAL NUMBER U973398;            )
(16) A MOSSBERG 500 SHOTGUN,      )
SERIAL NUMBER V0049214;           )
(17) A SMITH & WESSON 340         )
REVOLVER, SERIAL NUMBER           )
CXS-2598;                         )
(18) A KEL-TEC SHOTGUN, SERIAL    )
NUMBER XJ498;                     )
(19) A BERETTA 1301 COMP SHOTGUN, )
SERIAL NUMBER TA00-1281;          )
(20) A REMINGTON 700 RIFLE, SERIAL )
NUMBER RR27730B;                  )
(21) AN FN HERSTAL SCAR RIFLE,    )
SERIAL NUMBER HC43061;            )
(22) AN FN HERSTAL SCAR RIFLE,    )
SERIAL NUMBER HC43076;            )
(23) A GLOCK 20C PISTOL, SERIAL   )
NUMBER ETM195;                    )
(24) A GLOCK 21 PISTOL, SERIAL    )
NUMBER USA1908;                   )
(25) A DESERT EAGLE 50AE PISTOL,  )
SERIAL NUMBER DK00-21369;         )
(26) A SMITH & WESSON 340         )
REVOLVER, SERIAL NUMBER CXE-7560; )
(27) A SMITH & WESSON 500         )
REVOLVER, SERIAL NUMBER           )
CWB-9263;                         )
(28) A SMITH & WESSON 500         )
REVOLVER, SERIAL NUMBER           )
CXB-4813;                         )
(29) A TAURUS RAGING JUDGE        )
MAGNUM REVOLVER, SERIAL           )
NUMBER HX960521;                  )
(30) A CATAMOUNT FURY 11          )
SHOTGUN, SERIAL NUMBER            )
CAT2-005001;                      )
(31) A GLOCK 20C PISTOL, SERIAL   )
NUMBER ETM184;                    )
(32) A GLOCK 30 PISTOL, SERIAL    )
NUMBER EVP368;                    )
(33) AN FN HERSTAL PISTOL, SERIAL )
NUMBER 386276609;

| | |
|---|---|
| (34) A SPRINGFIELD ARMORY MIA RIFLE, SERIAL NUMBER 338611; <br> (35) A KEL-TEC SHOTGUN, SERIAL NUMBER XFX93; <br> (36) A MOSSBERG 88 SHOTGUN, SERIAL NUMBER MV44394H; <br> AND ANY AND ALL ACCOMPANYING AMMUNITION, <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Before this Court is Claimant Sanjay Kumar's Motion to Stay this matter pursuant to 21 U.S.C. § 881(i) and 18 U.S.C. § 981(g)(2). With the consent of the United States, this Court GRANTS Dr. Kumar's Motion to Stay and stays these proceedings until such time as the related criminal case has been concluded.

IT IS SO ORDERED, this 13th day of February, 2017.

_____
Hon. Louise W. Flanagan
United States District Court Judge