# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
# No. 4:16-CV-281-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KUMAR's PERSONAL PROPERTY, | ) | |
|     Defendant. | ) | |

Before this Court is attorney Bradley J. Bannon's Motion to Seal his Motion to Withdraw, Docket Entry No. 14, pursuant to Local Civil Rule 79.2 and Rule 1.6 of the North Carolina Rules of Professional Conduct. For the reasons stated in the Motion, and for good cause shown, this Court GRANTS Bannon's Motion to Seal.

SO ORDERED, this 22nd day of May, 2017.

_____
Hon. Louise W. Flanagan
United States District Court Judge

1

## CERTIFICATE OF SERVICE

      This is to certify that the foregoing Motion to Seal has been served on the following by electronically filing the foregoing with the Clerk of Court on May 22, 2017, using the CM/ECF system, which will send notification of such filing to him:

Stephen A. West                                               (Steven.West@usdoj.gov)
Assistant United States Attorney
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC 27601-1461

This 22nd day of May, 2017.

                                                                /s/ Bradley J. Bannon
                                                                 Bradley J. Bannon
                                                                 N.C. State Bar # 24106
                                                                 PATTERSON HARKAVY, LLP
                                                                 1312 Annapolis Drive, Suite 103
                                                                 Raleigh, NC 27608
                                                                 Phone: 919-755-1812
                                                                 Fax: 866-397-8671
                                                                 bbannon@pathlaw.com