UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-281-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KUMAR's PERSONAL PROPERTY, | ) | |
| Defendant. | ) | |

Before this Court is attorney Howard Kurtz' Motion to Seal his *Ex Parte* Motion to Withdraw, Docket Entry No. 18, pursuant to Local Civil Rule 79.2 and Rule 1.6 of the North Carolina Rules of Professional Conduct. For the reasons stated in the Motion, and for good cause shown, this Court GRANTS Kurtz' Motion to Seal.

SO ORDERED, this 11th day of July, 2017.

Robert B. Jones, Jr.
U.S. Magistrate Judge